IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASHLEY M. HILL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 23-43-JLH-LDH ) |
| MARTIN O'MALLEY, Commissioner of Social Security, | ) ) ) |
| Defendant. | ) ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

At Wilmington, this 2nd day of February 2024:

WHEREAS, on January 16, 2024, Magistrate Judge Hatcher issued a Report and Recommendation (D.I. 19) in this action, which recommended that the Court deny Plaintiff's Motion for Summary Judgment (D.I. 10) and grant the Commissioner's[1] Cross-Motion for Summary Judgment (D.I. 11); and

WHEREAS, no party filed objections to the Report and Recommendation pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record,

THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 19) is ADOPTED. Plaintiff's Motion for Summary Judgment (D.I. 10) is DENIED and the Commissioner's Cross-Motion for Summary Judgment (D.I. 11) is GRANTED. The Clerk of Court is directed to CLOSE this case.

_____
Honorable Jennifer L. Hall
United States District Judge

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Commissioner Martin O'Malley is automatically substituted for former Acting Commissioner Kilolo Kijakazi.